**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL CASE NO. 3:18-cv-629-MOC**
**CRIMINAL CASE NO. 3:06-cr-232-MOC-DSC-2**

| | |
|---|---|
| **JERVONTEZ LAVASSIOR LEAK,** ) | |
| ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the motion of the United States requesting that the Court continue holding this action in abeyance, pending a decision by the United States Supreme Court in <u>United States v. Davis</u>, No. 18-431 (pet'n granted Jan. 4, 2019). (Doc. No. 3). According to the Government's motion, defense counsel does not object to its request. (<u>Id.</u>).

Based upon the reasons given by the Government, and without objection by Petitioner, the Court concludes that the Government's motion should be granted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's motion to continue holding this case in abeyance, (Doc. No. 3), is hereby **GRANTED** and this matter is hereby held in abeyance pending the Supreme Court's decision in <u>United States v. Davis</u>, No. 18-431 (pet'n granted Jan. 4,

1

2019). Thereafter, the Government shall have 60 days from the date the Supreme Court issues its decision in Davis within which to file its response in this matter.

**IT IS SO ORDERED.**

Signed: February 14, 2019

Max O. Cogburn Jr.
United States District Judge